■ AMERICAN HOME ASSURANCE COMPANY, Respondent, v GEORGE MERZ, Appellant. MARK R. HEDGEPETH, Intervenor-Appellant.—Order, Supreme Court, New York County (Jacqueline Silbermann, J.), entered on or about January 29, 1988, unanimously affirmed, without costs and without disbursements. Application by counsel for intervenor-appellant to include verified bill of particulars as part of the record before this court is granted. No opinion. Concur—Murphy, P. J., Sullivan, Asch and Kassal, JJ.